IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERNEST TERRELL FRIAR, JR.**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #660122**

V.　　　　　　　　　No. 3:22-cv-00025-DPM

**JACKSON COUNTYDETENTION CENTER;**
**NIKKI CARTER,** Jail Administrator,
Jackson County Detention Center;
**DAVID LUCAS,** Sheriff, Jackson County; and
**TRAVIS ENGLER WEAVER,** Lieutenant,
Jackson County Sheriff's Department　　　　　　**DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Friar is a three-striker. *Doc. 5 at 1*. He hasn't paid the filing and administrative fees; and the time to do so has passed. *Doc. 5*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2022