IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERNEST TERRELL FRIAR, JR.  PLAINTIFF
ADC #660122

V.  No. 3:22-cv-00025-DPM

JACKSON COUNTY DETENTION CENTER;
NIKKI CARTER, Jail Administrator,
Jackson County Detention Center;
DAVID LUCAS, Sheriff, Jackson County; and
TRAVIS ENGLER WEAVER, Lieutenant,
Jackson County Sheriff's Department  DEFENDANTS

## JUDGMENT

Friar's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2022